UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-130 |
| DARION VEAL | SECTION "R" (3) |

### ORDER AND REASONS

Defendant Darion Veal moves for appointment of counsel.[1] For the following reasons, Veal's motion is granted.

## I. BACKGROUND

On May 8, 2015, Veal was indicted and charged with one count of receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2), (b)(1) and one count of distribution of child pornography also in violation of 18 U.S.C. § 2252(a)(2), (b)(1).[2] On December 30, 2015, pursuant to a plea agreement with the Government, Veal pleaded guilty to both counts.

On September 7, 2016, Veal was sentenced[3] by the Court to 150 months as to count one and count two, with the terms to be served concurrently.[4] On

---

[1] R. Doc. 63.
[2] R. Doc. 11.
[3] R. Doc. 59.
[4] R. Doc. 61 at 2.

September 30, 2016, Veal filed his notice of appeal, and on November 3, Veal filed this motion for appointment of counsel.

## II.   DISCUSSION

Pursuant to the Criminal Justice Act, representation is mandatory for any financially eligible person who has a constitutional or statutory right to an attorney.  18 U.S.C. § 3006A.  If the financially eligible person does not have the right to an attorney, the district court has discretion to order the appointment of counsel when "the interests of justice so require," *id.*, and the person seeks relief "other than to set aside or vacate a death sentence under sections 2241, 2254, or 2255 of title 28, United States Code."   United States District Court Eastern District of Louisiana, *Revised Plan of April, 2016 For Furnishing Representation Pursuant to the Criminal Justice Act of 1964 (18 U.S.C. § 3006A)*, p. 2, effective June 21, 2016.[5]

Veal has submitted a financial affidavit attesting that he has no income, cash, or assets, and therefore is financially eligible.[6]  Veal has the right to counsel through every stage of his trial, including appeal, and therefore must

---

[5]     Available online at www.laed.uscourts.gov/sites/default/files/pdfs/CJA%20Plan%202016%20w%20Order%206%2021%2016.pdf.

[6]     R. Doc. 65.

be appointed counsel under the CJA. *See* Fed. R. Crim. P. 44(a) ("A defendant who is unable to obtain counsel is entitled to have counsel appointed to represent the defendant at every stage of the proceeding from initial appearance through appeal."). Therefore, Veal's motion is granted and the Court will appoint counsel.

### III.  CONCLUSION

For the foregoing reasons, defendant's motion for appointment of counsel is GRANTED.

New Orleans, Louisiana, this __13th__ day of January, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE